UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RICK HIGGINS AKA MARK ROCK HIGGINS,[1]<br><br>                                   Plaintiff,<br><br>            -against-<br><br>ANTONY BLINKIN, ET AL.,<br><br>                                   Defendants. | 22-CV-10801 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 6, 2023, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, Plaintiff's complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

Dated:   March 1, 2023
            New York, New York

                                                                        /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge

---

[1] Plaintiff submitted the complaint in the name of Sean Rick Higgins but signed the complaint Mark Rock Higgins.