UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RICK HIGGINS AKA MARK ROCK HIGGINS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ANTONY BLINKIN, ET AL.,<br><br>                              Defendants. | 22-CV-10801 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 1, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 1, 2023
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge